**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6129**

MICHAEL ANTHONY TAYLOR,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; DEPARTMENT OF JUSTICE; U.S. DISTRICT COURT RALEIGH, NC; FBI; FEDERAL MEDICAL CENTER; SOCIAL SECURITY ADMINISTRATION,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:22-ct-03126-M)

Submitted:  May 23, 2023                    Decided:  May 26, 2023

Before AGEE, WYNN, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Taylor appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Taylor v. United States*, No. 5:22-ct-03126-M (E.D.N.C. Jan. 25, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*